No. 72–1281. Essex, Administratrix v. Walters, Commissioner of Internal Revenue, et al. C. A. 8th Cir. Certiorari denied.

No. 72–1295. Consolidated Freightways Corporation of Delaware v. Gilstrap, Collector of Revenue of Missouri, et al. Sup. Ct. Mo. Certiorari denied.

No. 72–1299. Garris v. United States;
No. 72–6389. Wilhelm v. United States; and
No. 72–6429. Terry v. United States. C. A. 4th Cir. Certiorari denied. Reported below: 473 F. 2d 909.

No. 72–1332. Loevsky et al. v. Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied.

No. 72–1344. California v. Krivda et al. Sup. Ct. Cal. Certiorari denied.

No. 72–1347. Lombardi v. Tauro et al. C. A. 1st Cir. Certiorari denied.

No. 72–1352. In re Baker. C. A. 9th Cir. Certiorari denied.

No. 72–1357. Western Dealer Management, Inc. v. England, Trustee in Bankruptcy. C. A. 9th Cir. Certiorari denied.

No. 72–1364. Westroads, Inc. v. Pedersen et al. Sup. Ct. Neb. Certiorari denied.

No. 72–1372. Dailey v. Liszka, aka Greene. C. A. 4th Cir. Certiorari denied.